AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Giorgi Mamulashvili

Defendant

) Case: 1:24-mj-00027
) Assigned To : Judge Moxila A. Upadhyaya
) Assign. Date : 1/26/2024
) Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ___Giorgi Mamulashvili___,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building) ;
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) .

Date: 01/26/2024

*Issuing officer's signature*

City and state: Washington, D.C.        Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/26/24, and the person was arrested on *(date)* 1/31/24
at *(city and state)* Brooklyn, NY.

Date: 1/31/24

Det *(Arresting officer's signature)*

Jeronnie Glanville Det/TFO
*Printed name and title*